[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-10110

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 18, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00415-CR-T-26TGW

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

DAVID W. GOLDSTON,

                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 18, 2007)**

Before ANDERSON and MARCUS, Circuit Judges, and ALTONAGA,* District
Judge.

PER CURIAM:

_____

    * Honorable Cecilia M. Altonaga, United States District Judge for the Southern District
of Florida, sitting by designation.

After oral argument and careful consideration and for the reasons fully discussed at oral argument, we conclude that the judgment of the district court is due to be affirmed.

AFFIRMED.